UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:22-cv-00174-MMH-PDB

VANESSA TREMINIO,

       Plaintiff,

vs.

CROWLEY MARITIME CORPORATION,
and JUAN EMILIO BLANCO,

       Defendants.
_____/

**CERTIFICATION IN SUPPORT OF
MOTION FOR SPECIAL ADMISSION OF J. RYAN MELOGY**

    I am a Florida resident, but I do not work for, or maintain, a law office in the state of Florida. I am not a member of the Florida Bar, nor have I ever been.

    I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in any cases in state or federal court in Florida.

    I am a member in good standing of a bar of a United States District Court; specifically, the Southern District of New York. I am licensed to practice in the state of New York only. My Attorney Registration Number is 4831152.

    I will comply with the federal rules and this Court's local rules.

    I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 16, 2022.

                Respectfully submitted,

                */s/  J. Ryan Melogy*
                **J. RYAN MELOGY***
                Maritime Legal Solutions, PLLC
                276 Fifth Ave., Suite 704-1454
                New York, NY 10001
                Telephone: (302) 827-3890
                E-mail: maritimelegalsolutions@pm.me
                **pro hac vice* admission requested*