United States District Court
Middle District of Florida
Jacksonville Division

**VANESSA TREMINIO,**

    *Plaintiff,*

v.                                 **NO. 3:22-cv-174-MMH-PDB**

**CROWLEY MARITIME CORPORATION
& JUAN EMILIO BLANCO,**

    *Defendants.*

# Order

J. Ryan Melogy, Esquire, moves for permission to specially appear to represent the plaintiff in this action. Doc. 7. He resides in Florida.

Under the local rules, "Membership or special admission in the Middle District bar is necessary to practice in the Middle District." Local Rule 2.01(a). "A lawyer can move for special admission in an action in the Middle District if the lawyer … is not a Florida resident[.]" Local Rule 2.01(c)(1). A purpose of the rules is the avoidance of the unauthorized practice of law in Florida.

The local rules "advance efficiency, consistency, convenience, and other interests of justice." Local Rule 1.01(a). "If reasonably necessary to achieve [that purpose], a judge can modify or suspend for all or part of an action the application of any rule." Local Rule 1.01(b).

Mr. Melogy provides no reason why Local Rule 2.01(c)(1) should be suspended for him. His motion is **denied** without prejudice.

**Ordered** in Jacksonville, Florida, on February 28, 2022.

_____
PATRICIA D. BARKSDALE
United States Magistrate Judge