United States District Court
Middle District of Florida
Jacksonville Division

**VANESSA TREMINIO,**

    *Plaintiff,*

v.                                              NO. 3:22-cv-174-MMH-PDB

**CROWLEY MARITIME CORPORATION
& JUAN EMILIO BLANCO,**

    *Defendants.*

---

# Order

    J. Ryan Melogy, Esquire, moves for permission to specially appear to represent the plaintiff in this action. Doc. 9. Considering the unique circumstances he presents, the Court applies Local Rule 1.01(b) to suspend part of Local Rule 2.01(c)(1), **grants** the motion, Doc. 9; **permits** Mr. Melogy to specially appear to represent the plaintiff in this action; and **directs** Mr. Melogy to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form.

    By **April 1, 2022,** counsel must notify the Court who will be serving as lead counsel. *See* Local Rule 1.01(9) ("'Lead counsel' means the lawyer responsible to the court and the other parties for the conduct of the action, including scheduling."); Local Rule 1.07(c) ("DUTY OF THE LEAD COUNSEL. The lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere. The lead counsel promptly must file a 'Notice of a Related Action' that identifies and describes the related

action."); Local Rule 2.02 ("LEAD COUNSEL. The first paper filed on behalf of a party must designate only one 'lead counsel' who — unless the party changes the designation — remains lead counsel throughout the action."); Local Rule 4.03 (explaining an order referring a civil action to mediation must require attendance of lead counsel); Local Rule 7.01(c)(4)(E) & (c)(5)(B) (requiring lead counsel to verify certain information for an award of attorney's fees or non-taxable expenses).

**Ordered** in Jacksonville, Florida, on March 8, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*