United States District Court
Middle District of Florida
Jacksonville Division

**VANESSA TREMINIO,**

     *Plaintiff,*

**v.**                                                                          **NO. 3:22-cv-174-MMH-PDB**

**CROWLEY MARITIME CORPORATION**
**& JUAN EMILIO BLANCO,**

     *Defendants.*

---

## Order

For the reasons stated at the telephone conference on April 21, 2023, the Court **grants** Crowley Maritime Corporation's motion to quash or for a protective order, Doc. 42, to the extent the subpoena Vanessa Treminio served on Navex Global, Inc., on April 12, 2023, is quashed without prejudice to serving a subpoena that complies with the Federal Rules of Civil Procedure. Crowley represented that it would notify Navex that Navex may disregard the subpoena.

The Court will conduct a telephone conference on **May 1, 2023**, at **3:00 p.m.**, to discuss any remaining issues regarding the discovery Treminio wants from Navex. In the meantime, the parties must confer in good faith to try to resolve or narrow the dispute. If the parties resolve the dispute before the conference, they must notify the Court, and the Court will cancel the conference. Attendees must call (888) 684-8852 at least five minutes before the

conference. The access code is 1103539; the security code is 0004. The Courtroom Deputy will digitally record the proceeding. Crowley must use best efforts to notify Navex of the conference. Navex may attend at its discretion.

**Ordered** in Jacksonville, Florida, on April 24, 2023.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2