UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VANESSA TREMINIO,

    Plaintiff,

vs.

CASE NO.: 3:22-cv-174-MMH-PDB

CROWLEY MARITIME
CORPORATION, and
JUAN EMILIO BLANCO,

    Defendants.
_____/

### DEFENDANT CROWLEY MARITIME CORPORATION'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO CROWLEY'S MOTION FOR PROTECTIVE ORDER

Defendant, Crowley Maritime Corporation ("Crowley"), files this response in opposition to Plaintiff's Partially Unopposed Motion for Extension of Time to Respond to Crowley Maritime Corporation's Motion for Protective Order Prohibiting the Deposition of Tom Crowley (Doc. 61).

1. On May 16, 2023, Plaintiff informed Crowley that she intends to depose the Chairman and Chief Executive Officer of Crowley, Mr. Tom Crowley. The parties conferred regarding the deposition of Mr. Crowley and, following discussion of Crowley's objections to the deposition, counsel for Plaintiff asked counsel for Crowley if counsel would accept service of a subpoena for Mr. Crowley. Accordingly, Crowley filed a Motion for Protective Order on May 23, 2023. Plaintiff's deadline to respond to Crowley's motion is Tuesday, June 6, 2023.

2. On June 1, 2023, Plaintiff requested a 10-day extension of time to file a response to Crowley's Motion for Protective Order. Plaintiff states that she "needs the deposition transcripts of the various witnesses to use as exhibits in opposition to Crowley's motion for protective order." Specifically, Plaintiff asserts she needs the transcripts from depositions taken on May 12, May 17, May 18, and May 25, 2023.

3. The parties received the transcript of Tiffanny King's May 17, 2023 deposition yesterday, on June 1, 2023. Veritex, the court reporting company, has stated that the parties can expect the remaining transcripts on the following dates:

- the transcript of Arthur LaMoureaux's May 12, 2023 deposition on Friday, June 2, 2023;

- the transcript of Jose Lopez's May 18, 2023 deposition on Monday, June 5, 2023; and

- the transcript of Heitzel Monroy's May 25, 2023 deposition on or before June 9, 2023.

Moreover, the parties previously received an excerpt of Arthur LaMoureaux's deposition on May 26, 2023.

4. Based on the foregoing, Plaintiff will have three (3) of the transcripts necessary for her response by Monday, June 5, 2023. Furthermore, if Ms. Monroy's transcript is imperative for Plaintiff's response, the transcript could have been and may still be, ordered by Plaintiff on an expedited basis.

5. The discovery deadline in this case is July 3, 2023. The requested 10-day extension would result in Plaintiff's response being due on June 16, 2023 – only ten (10) working days before the discovery deadline. This would give the Court little time

to rule on the motion prior to the July 3, 2023 discovery deadline.

6. Crowley objects to Plaintiff's requested extension and to extending the discovery deadline for the purpose of resolving the deposition issue related to Crowley's CEO. Plaintiff has not shown diligence in the scheduling of depositions, as this case has been pending since February 2022 and the first deposition notice served by Plaintiff in this matter was served in April 2023 for depositions scheduled in May 2023.

Dated this 2nd day of June 2023.

Respectfully submitted,

ALEXANDER DEGANCE BARNETT, P.A.

By: _____
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile

*Attorneys for Defendant*
*Crowley Maritime Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to counsel of record:: Adria G. Notari and Michelle E. Durieux, Notari Law, P.A., 1820 SW 14th Court, Fort Lauderdale, Florida 33312 (anotari@NotariLaw.com) (michelle@notarilaw.com); J. Ryan Melogy, Maritime Legal Solutions, PLLC, 276 Fifth Ave., Suite 704-1454, New York, NY 10001 (maritimelegalsolutions@pm.me); C. Michael Williams, Law Office of C. Michael Williams, P.A.; 1710 Shadowood Ln, Ste. 220, Jacksonville, Florida 32207 (seemichaelwilliams@gmail.com); Kristyne Kennedy and Kelsey N. Ortiz, Esq, Cole, Scott & Kissane, P.A, Tower Place, Suite 400, 1900 Summit Tower Boulevard, Orlando, Florida 32810 (Kelsey.Ortiz@csklegal.com)    (Celia.Cates@csklegal.com) (Kristyne.Kennedy@csklegal.com).

_____
ATTORNEY