## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

VANESSA TREMINIO,

    Plaintiff,

                                                  CASE NO. 3:22-cv-00174

v.

CROWLEY MARITIME
CORPORATION and JUAN
EMILIO BLANCO,

    Defendants.

_____/

### DEFENDANT, JUAN EMILIO BLANCO'S, MOTION TO EXCLUDE TESTIMONY OF EXPERT WITNESS BARBARA ZIV, M.D.

Defendant, JUAN EMILIO BLANCO ("Defendant BLANCO"), by and through his undersigned counsel hereby moves this Honorable Court for entry of an Order excluding testimony by Plaintiff's expert Barbara Ziv, M.D. In support of this Motion, Defendant BLANCO states the following:

1. Plaintiff alleges various claims against her former employer, Defendant, CROWLEY MARITIME CORPORATION ("Defendant CROWLEY"), and former Supervisor, Defendant BLANCO, arising from an alleged incident on November 9, 2017 when Plaintiff claims to have been sexually assaulted.

2. To the extent Plaintiff seeks to introduce expert testimony from Dr. Ziv regarding opinions in her April 6, 2023 report titled "Sexual Assault: Current

Literature and Perspectives" [*see* report at Doc. 87-1], such testimony should be excluded as it is not admissible under Rule 702 of the Federal Rules of Evidence, does not meet the standard established by the United States Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and is otherwise inadmissible under the Federal Rules of Evidence.

    3.    In support of this Motion seeking to exclude the testimony of Dr. Ziv, Defendant BLANCO hereby adopts the arguments set forth by Defendant CROWLEY in its *Motion to Exclude the Testimony of Plaintiff's Expert Witness Dr. Barbara Ziv* [at Doc. 87, with supporting exhibits at Docs. 87-1, 87-2 and 87-3] filed on August 2, 2023.

WHEREFORE, Defendant BLANCO respectfully requests the Court enter an Order: (i) granting this Motion; (ii) excluding all testimony by Plaintiff's Expert witness, Dr. Barbara Ziv; and (iii) granting such other relief as the Court deems just and proper.

### LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that, pursuant to Local Rule 3.01(g), Defendant BLANCO's counsel conferred with Plaintiff's counsel via e-mail regarding the matters set forth in this Motion, and Plaintiff opposes the relief sought in this Motion.

DATED this 2nd day of August, 2023.

Respectfully submitted,

*/s/ Kristyne E. Kennedy*
KRISTYNE E. KENNEDY
Florida Bar No.: 194700
KELSEY N. ORTIZ
Florida Bar No.: 1010647
COLE, SCOTT & KISSANE, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Primary Email:
Kristyne.Kennedy@csklegal.com
Secondary Email:
Kelsey.Ortiz@csklegal.com
Secondary Email:
Celia.Cates@csklegal.com
Telephone: (321) 972-0028
Facsimile: (321) 972-0099

Attorneys for Defendant, JUAN EMILIO BLANCO

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of August, the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all Counsel of Record.

*/s/ Kristyne E. Kennedy*