UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VANESSA TREMINIO,

    Plaintiff,

CASE NO.: 3:22-cv-174-MMH-PDB

vs.

CROWLEY MARITIME
CORPORATION, and
JUAN EMILIO BLANCO,

    Defendants.
_____/

**DEFENDANT CROWLEY MARITIME CORPORATION'S DESIGNATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERT REPORTS**

Pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure, and in compliance with the Court's January 19, 2023 Order (Doc. 39), Defendant Crowley Maritime Corporation, serves this Designation of Expert Witnesses and Disclosure of Expert Reports.

**(1) Roy Lubit, MD, Ph.D**
**165 West End Ave 3K**
**New York, NY 10023**
**Dallas, TX  75205**

Dr. Lubit's Expert Report is attached hereto as **Exhibit "A,"** which includes Dr. Lubit's curriculum vitae, a list of cases in which Dr. Lubit testified as an expert at trial or by deposition, a statement of the compensation to be paid for Dr. Lubit's study and testimony in this case, Dr. Lubit's opinions, the basis for his opinions, and the facts,

data, and exhibits considered by Dr. Lubit. All documents used to support Dr. Lubit's opinions have been produced in this case and are referenced in the Expert Report.

**(2) Teresa Beatriz Merino Benitez**
    **Beatriz Merino Law Office**
    **El Salvador**

Ms. Merino's Expert Report is attached hereto as **Exhibit "B,"** which includes Ms. Merino's curriculum vitae, a list of cases in which Ms. Merino testified as an expert at trial or by deposition, a statement of the compensation to be paid for Ms. Merino's study and testimony in this case, Ms. Merino's opinions, the basis for her opinions, and the facts, data, and exhibits considered by Ms. Merino. All documents used to support Ms. Merino's opinions have been produced in this case and are referenced in the Expert Report.

Dated this 15th day of May 2023.

Respectfully submitted,

ALEXANDER DEGANCE BARNETT, P.A.

By: _____
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile

*Attorneys for Defendant*
*Crowley Maritime Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I served the foregoing via electronic mail to: Adria G. Notari and Michelle E. Durieux, Notari Law, P.A., 1820 SW 14th Court, Fort Lauderdale, Florida 33312 (anotari@NotariLaw.com) (michelle@notarilaw.com); J. Ryan Melogy, Maritime Legal Solutions, PLLC, 276 Fifth Ave., Suite 704-1454, New York, NY 10001 (maritimelegalsolutions@pm.me); C. Michael Williams, Law Office of C. Michael Williams, P.A.; 1710 Shadowood Ln, Ste. 220, Jacksonville, Florida 32207 (seemichaelwilliams@gmail.com); Kristyne Kennedy and Kelsey N. Ortiz, Esq, Cole, Scott & Kissane, P.A, Tower Place, Suite 400, 1900 Summit Tower Boulevard, Orlando, Florida 32810 (Kelsey.Ortiz@csklegal.com) (Celia.Cates@csklegal.com) (Kristyne.Kennedy@csklegal.com).

_____
ATTORNEY