Vanessa Treminio de Parada    Home

**Fernando Giron**
Generated by Vanessa Treminio de Parada on Saturday, September 16, 2023 at 1:29 AM UTC-04:00
Contains data from January 1, 2017 at 12:00 AM to August 30, 2023 at 12:00 AM

---

**Fernando Giron**

También quería ver si era abuso o acoso? Son diferentes pero igual en las dos se puede hacer algo vea

Sep 06, 2021 7:41:14pm

---

**Fernando Giron**

Algún tú postre

Sep 06, 2021 7:20:11pm

---

**Fernando Giron**

Jajaja q más queres?

Sep 06, 2021 7:20:05pm

---

**Fernando Giron**

Si si no tranqui no te preocupes

Sep 06, 2021 7:19:59pm

---

**Fernando Giron**

Desvergue

Sep 06, 2021 7:19:42pm

---

**Fernando Giron**

Ya le dije. Solo espero q me responda porque a veces esta en audiencia o en algún su desverguen

Sep 06, 2021 7:19:37pm

---

**Vanessa Treminio de Parada**

Es que no tengo muchacha entonces no puedo salir por el bb

Sep 06, 2021 7:13:16pm

---

**Fernando Giron**

 Vanessa Treminio de Parada    Home

**Vanessa Treminio de Parada**

Puesi pasas comprando los coffes y nos los tomamos acá con los cigarritos
Sep 06, 2021 7:12:59pm

**Fernando Giron**

Ahhh vaya esta bien
Sep 06, 2021 7:12:34pm

**Vanessa Treminio de Parada**

Para fumar tranquilos y hablar bien
Sep 06, 2021 7:12:27pm

**Vanessa Treminio de Parada**

Por eso te digo que aquí en mi casita
Sep 06, 2021 7:12:12pm

**Vanessa Treminio de Parada**

Ahora ya no dejan fumar amigooo
Sep 06, 2021 7:12:03pm

**Vanessa Treminio de Parada**

Yo estoy viviendo en miramar
Sep 06, 2021 7:11:50pm

**Fernando Giron**

vamos por un café con cigarro jajajaj
Sep 06, 2021 7:11:46pm

**Fernando Giron**

VAYAAAA
Sep 06, 2021 7:11:38pm

**Vanessa Treminio de Parada**

 Facebook    F Vanessa Treminio de Parada    Home

**Fernando Giron**

California no la Libertad JAJAJAJAJJAJA

Sep 06, 2021 7:11:27pm

**Vanessa Treminio de Parada**

Jajajajaja

Sep 06, 2021 7:11:25pm

**Vanessa Treminio de Parada**

Putaaaa a pues veni a verme

Sep 06, 2021 7:11:23pm

**Fernando Giron**

Pero vivo en San Diego

Sep 06, 2021 7:11:19pm

**Fernando Giron**

Pues ahorita ando de visita en El Salvador

Sep 06, 2021 7:11:13pm

**Fernando Giron**

Le voy a escribir a él a ver

Sep 06, 2021 7:11:06pm

**Vanessa Treminio de Parada**

Y vs adonde estas?

Sep 06, 2021 7:11:03pm

**Fernando Giron**

+1 ███████ 7246

Sep 06, 2021 7:10:48pm

  Vanessa Treminio de Parada    Home

Hasta hace 1 mes me logré estabilizar
Sep 06, 2021 7:10:44pm

### Vanessa Treminio de Parada

Porque puta estoy medio jodida de pisto
Sep 06, 2021 7:10:26pm

### Fernando Giron

Te mando mi número Perame
Sep 06, 2021 7:10:18pm

### Vanessa Treminio de Parada

Eso te iba a preguntar
Sep 06, 2021 7:10:17pm

### Fernando Giron

Es algo caro, pero es súper humano. Se q cobrará menos de lo que debe
Sep 06, 2021 7:10:06pm

### Vanessa Treminio de Parada

Si porfa
Sep 06, 2021 7:10:01pm

### Vanessa Treminio de Parada

Puta vs si sabes un vergo de leyes
Sep 06, 2021 7:09:58pm

### Fernando Giron

Te pongo en contacto? Se de uno de los mejores abogados del país
Sep 06, 2021 7:09:51pm

### Vanessa Treminio de Parada

Ahhhh
Sep 06, 2021 7:09:45pm

  Vanessa Treminio de Parada     Home

Nunca esta el notario. Vos decís no estaba ahí no lo conozco nunca lo he visto pierde la validez el documento
Sep 06, 2021 7:09:34pm

**Vanessa Treminio de Parada**

No se que hacer
Sep 06, 2021 7:09:33pm

**Fernando Giron**

Tiene q estar el abogado, el notario, la empresa y vos
Sep 06, 2021 7:09:16pm

**Fernando Giron**

Y esos documentos "notariados"
Sep 06, 2021 7:09:05pm

**Fernando Giron**

Puesi por eso te asustan
Sep 06, 2021 7:08:59pm

**Vanessa Treminio de Parada**

Pero no se quieren meter en desvergue
Sep 06, 2021 7:08:37pm

**Vanessa Treminio de Parada**

Porque hay vaaarias cheras que pasaron lo mismo al.parecer
Sep 06, 2021 7:08:30pm

**Vanessa Treminio de Parada**

Por neglicencia
Sep 06, 2021 7:08:02pm

**Vanessa Treminio de Parada**

Lo que quisiera ver es si puedo hacer algo contra la empresa vs
Sep 06, 2021 7:07:48pm

  Vanessa Treminio de Parada    Home

Te mando un 🚬 ya q tenemos tanto de no darnos uno
Sep 06, 2021 7:07:41pm

**Fernando Giron**

Pero al final, vale la pena
Sep 06, 2021 7:07:26pm

**Fernando Giron**

Tardados
Sep 06, 2021 7:07:20pm

**Fernando Giron**

Tarda dos
Sep 06, 2021 7:07:16pm

**Fernando Giron**

Desgastantes
Sep 06, 2021 7:07:12pm

**Fernando Giron**

Mira. Desde ya te digo los procesos penales son cansados
Sep 06, 2021 7:07:09pm

**Fernando Giron**

Eso es triste pero correcto
Sep 06, 2021 7:06:51pm

**Vanessa Treminio de Parada**

Porque significa que más casos han quedado en la impunidad
Sep 06, 2021 7:06:31pm

**Fernando Giron**

Hay "majes" que son machitos solo con mujeres. A la hora de la hora son los que más lloran
Sep 06, 2021 7:06:30pm

    Vanessa Treminio de Parada    Home

Pero eso me podría ayudar a mi caso amigo
Sep 06, 2021 7:06:18pm

**Fernando Giron**

Si. Se de 3
Sep 06, 2021 7:06:02pm

**Vanessa Treminio de Parada**

Desde que puse ese post
Sep 06, 2021 7:05:56pm

**Fernando Giron**

Ahhh puta
Sep 06, 2021 7:05:52pm

**Vanessa Treminio de Parada**

Pero si hay muchas personas que me han escrito acerca de el
Sep 06, 2021 7:05:50pm

**Fernando Giron**

No que Crowley y quien lo protegía se salga con la suya
Sep 06, 2021 7:05:39pm

**Vanessa Treminio de Parada**

Pero en mi caso no fue Emilio
Sep 06, 2021 7:05:34pm

**Fernando Giron**

No dejes que ese culero se salga con la suya
Sep 06, 2021 7:05:31pm

**Fernando Giron**

Se que sos fuerte 
Sep 06, 2021 7:05:23pm

  Vanessa Treminio de Parada    Home

No no he firmado nada
Sep 06, 2021 7:05:22pm

**Vanessa Treminio de Parada**

No sabia que se podía hacer eso
Sep 06, 2021 7:05:17pm

**Fernando Giron**

Pero no te dejes 
Sep 06, 2021 7:05:14pm

**Vanessa Treminio de Parada**

No fregeees
Sep 06, 2021 7:05:09pm

**Fernando Giron**

Podes ir al dui centro a reportar perdido el dui y que de una vez queres cambiar la firma y la cambias
Sep 06, 2021 7:04:42pm

**Fernando Giron**

Y si firmaste algo
Sep 06, 2021 7:04:26pm

**Fernando Giron**

Eso no existe
Sep 06, 2021 7:04:17pm

**Fernando Giron**

Pero si mi niña. Los contratos de confisialidas no tienen validez en el Pais
Sep 06, 2021 7:04:14pm

**Fernando Giron**

Si. Al final se termino yendo
Sep 06, 2021 7:03:51pm

   Vanessa Treminio de Parada    Home

Si es bien difícil cuando hablas y nadie hace nada
Sep 06, 2021 7:03:39pm

**Fernando Giron**

Y fue q me contó y le dije q si no lo hacía ella lo iba a hacer yo
Sep 06, 2021 7:03:19pm

**Fernando Giron**

Dunda*
Sep 06, 2021 7:03:06pm

**Fernando Giron**

Si. Si no quería la dinda
Sep 06, 2021 7:02:57pm

**Vanessa Treminio de Parada**

Se que ella ya hasta con Ética lo había escalado
Sep 06, 2021 7:02:45pm

**Vanessa Treminio de Parada**

Ahhhh la Blanca si a ella la jodia un monton
Sep 06, 2021 7:02:35pm

**Vanessa Treminio de Parada**

Puya que heavy
Sep 06, 2021 7:02:18pm

**Fernando Giron**

La blacura. Blanca luz de las tinieblas le digo yo
Sep 06, 2021 7:02:15pm

**Fernando Giron**

Y si es ese pendejo anda en trámites de la ciudadanía. Si vas a hacer algo debería ser antes
Sep 06, 2021 7:01:56pm

  Vanessa Treminio de Parada    Home

Xq estúpidamente confió en que Crowley lo iba a solucionar

Sep 06, 2021 7:01:40pm

**Fernando Giron**

Que yo le tenia todo listo para hacerle el Proceso penal y no me dejo

Sep 06, 2021 7:01:29pm

**Fernando Giron**

Al pendejo este de Emilio blanco fue

Sep 06, 2021 7:01:03pm

**Fernando Giron**

No fíjate q ya no está ahí

Sep 06, 2021 7:00:41pm

**Vanessa Treminio de Parada**

Quien era tu amiga? Sigue ahí?

Sep 06, 2021 6:15:14pm

**Vanessa Treminio de Parada**

Yo estuve ahí hasta este año

Sep 06, 2021 6:02:24pm

**Vanessa Treminio de Parada**

Yo creo que el se fue en 2017

Sep 06, 2021 6:02:16pm

**Vanessa Treminio de Parada**

No me sorprende la verdad que haya acosado a tu amiga, ese broder tenía quejas en hr hasta decir ya no 

Sep 06, 2021 6:00:51pm

**Vanessa Treminio de Parada**

Pero en Crowley había más gente como el y todavía la hay

Sep 06, 2021 6:00:06pm

  Vanessa Treminio de Parada    Home

Fíjate que como estoy en un desvergue legal no te puedo negar ni confirmar si fue el
Sep 06, 2021 5:59:51pm

**Vanessa Treminio de Parada**

Hola amigo, como estas?
Sep 06, 2021 5:59:27pm

**Fernando Giron**

no aqui, alla
Sep 06, 2021 5:51:59pm

**Fernando Giron**

yo se donde vive ese maje
Sep 06, 2021 5:51:50pm

**Fernando Giron**

y mira, si lo hubiera puesto en su lugar no hubiera habido otra victima
Sep 06, 2021 5:51:43pm

**Fernando Giron**

no me digas q fue el mismo hijo de puta de Emilio porque yo le iba a echar a la policía y ya tenia hasta la demanda lista y la chora a la que molestaba ya no me dejo hacerlo
Sep 06, 2021 5:51:22pm

**Fernando Giron**

que putasssss
Sep 06, 2021 5:50:49pm

**Fernando Giron**

VANEEEEE omg
Sep 06, 2021 5:50:40pm



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Giron-Treminio FB messages**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Jacqueline Yorke

Sworn to before me this
December 29, 2023

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

X	X	Vanessa Treminio de ParadaHome

Fernando Giron
Generated by Vanessa Treminio de Parada on Saturday, September 16, 2023 at 1:29 AM UTC-04:00
Contains data from January 1, 2017 at 12:00 AM to August 30, 2023 at 12:00 AM
Fernando Giron
I also wanted to see if it was assault or harassment? They are different but equal in both something can be done see
Sep 06, 2021 7:41:14pm
Fernando Giron
Some your dessert
Sep 06, 2021 7:20:11pm
Fernando Giron
Hahah what else do you want?
Sept 06, 2021 7:20:05pm
Fernando Giron
Yes yes no problem don't worry
Sep 06, 2021 7:19:59pm
Fernando Giron
Situation
Sep 06, 2021 7:19:42pm
Fernando Giron
I already told him. I just hope he responds to me because sometimes he's in a hearing or in some situatio
Sep 06, 2021 7:19:37pm
Vanessa Treminio de Parada
I have a little girl so I can't go out for the bb
Sep 06, 2021 7:13:16pm
Fernando Giron
I will call my lawyer and hopefully he has something for that day
Sep 06, 2021 7:13:04pm
Vanessa Treminio de Parada
So you keep buying the coffees and we'll have them here with the cigarettes
Sep 06, 2021 7:12:59pm
Fernando Giron
Ahhh it's ok
Sep 06, 2021 7:12:34pm
Vanessa Treminio de Parada
To smoke in peace and chat
Sep 06, 2021 7:12:27pm
Vanessa Treminio de Parada
That's why I tell you that here in my house
Sep 06, 2021 7:12:12pm
Vanessa Treminio de Parada
Now don't allow smoking buddy
Sep 06, 2021 7:12:03pm
Vanessa Treminio de Parada
I'm living in Miramar
Sep 06, 2021 7:11:50pm
Fernando Giron
we'll go out for a coffee with a cigarette haha
Sep 06, 2021 7:11:46pm
Fernando Giron
OKKKK
Sep 06, 2021 7:11:38pm
Vanessa Treminio de Parada
Hahahaha
Sep 06, 2021 7:11:34pm
Fernando Giron
California no

Freedom HAHAHAHA
Sep 06, 2021 7:11:27pm
Vanessa Treminio de Parada
Hahaha
Sep 06, 2021 7:11:25pm
Vanessa Treminio de Parada
Damn then come and see me
Sep 06, 2021 7:11:23pm
Fernando Giron
But I live in San Diego
Sep 06, 2021 7:11:19pm
Fernando Giron
So right now I'm visiting El Salvador
Sep 06, 2021 7:11:13pm
Fernando Giron
I'll write to him to check
Sep 06, 2021 7:11:06pm
Vanessa Treminio de Parada
And where are you?
Sep 06, 2021 7:11:03pm
Fernando Giron
+1          246
Sep 06, 2021 7:10:48pm
Vanessa Treminio de Parada
I was only able to stabilize 1 month ago
Sep 06, 2021 7:10:44pm
Vanessa Treminio de Parada
Because damn I'm half fucked up
Sep 06, 2021 7:10:26pm
Fernando Giron
I'll send you my number Perame
Sep 06, 2021 7:10:18pm
Vanessa Treminio de Parada
I was going to ask you that
Sep 06, 2021 7:10:17pm
Fernando Giron
He's pretty expensive, but he's superhuman. I know he'll charge less than what he should
Sep 06, 2021 7:10:06pm
Vanessa Treminio de Parada
Yes please
Sep 06, 2021 7:10:01pm
Vanessa Treminio de Parada
Damn if you know a legal vergo
Sep 06, 2021 7:09:58pm
Fernando Giron
Should I put you in contact? I know one of the best lawyers in the country
Sep 06, 2021 7:09:51pm
Vanessa Treminio de Parada
Ahhh
Sep 06, 2021 7:09:45pm
Fernando Giron
It's never the notary. You say I wasn't there I don't know it I've never see it the document loses its validity
Sep 06, 2021 7:09:34pm
Vanessa Treminio de Parada
I don't know what to do
Sep 06, 2021 7:09:33pm
Fernando Giron
It has to be the lawyer, the notary, the company and you
Sep 06, 2021 7:09:16pm
Fernando Giron

And those "notarized" documents
Sep 06, 2021 7:09:05pm
Fernando Giron
So that's why they scare you
Sep 06, 2021 7:08:59pm
Vanessa Treminio de Parada
But they don't want to get involved
Sep 06, 2021 7:08:37pm
Vanessa Treminio de Parada
Because there are several guys who experienced the same thing it seems
Sep 06, 2021 7:08:30pm
Vanessa Treminio de Parada
Due to negligence
Sep 06, 2021 7:08:02pm
Vanessa Treminio de Parada
What I wanted to see is if I can do something against the company
Sep 06, 2021 7:07:48pm
Fernando Giron
I'll send you a [cigarette emoji] since it's been so long since we had one
Sep 06, 2021 7:07:41pm
Fernando Giron
But at the end of the day, it's worth it
Sep 06, 2021 7:07:26pm
Fernando Giron
It takestwo
Sep 06, 2021 7:07:20pm
Fernando Giron
It takes two
Exhausting
Sep 06, 2021 7:07:12pm
Fernando Giron
Look. I've always told you criminal trials are tiring
Sep 06, 2021 7:07:09pm
Fernando Giron
It's sad but true
Sep 06, 2021 7:06:51pm
Vanessa Treminio de Parada
Because it means that more cases have been left unpunished
Sep 06, 2021 7:06:31pm
Fernando Giron
There are idiots who are tough guys only with women. When the time comes, those are the ones who cry the most
Sep 06, 2021 7:06:30pm
Vanessa Treminio de Parada
But that could help me in my case buddy
Sep 06, 2021 7:06:18pm
Fernando Giron
Yes. I know of 3
Sep 06, 2021 7:06:02pm
Vanessa Treminio de Parada
Since I made that post
Sep 06, 2021 7:05:56pm
Fernando Giron
Ahhh damn
Sep 06, 2021 7:05:52pm
Vanessa Treminio de Parada
But yes there are a lot of people who have written to me about him
Sep 06, 2021 7:05:50pm
Fernando Giron

No, Crowley and whoever protected him left with theirs
Sep 06, 2021 7:05:39pm
Vanessa Treminio de Parada
But in my case it wasn't Emilio
Sep 06, 2021 7:05:34pm
Fernando Giron
Don't let that asshole leave with his
Sep 06, 2021 7:05:31pm
Fernando Giron
I know you're strong [muscle emoji]
Sep 06, 2021 7:05:23pm
Vanessa Treminio de Parada
No I haven't signed anything
Sep 06, 2021 7:05:22pm
Vanessa Treminio de Parada
I didn't know I could do that
Sep 06, 2021 7:05:17pm
Fernando Giron
But don't let it happen [fire emoji]
Sep 06, 2021 7:05:14pm
Vanessa Treminio de Parada
Don't mess up
Sep 06, 2021 7:05:09pm
Fernando Giron
You can go to the dui center to report the dui lost and that once you want to change the signature and you change it
Sep 06, 2021 7:04:42pm
Fernando Giron
And if you signed something
Sep 06, 2021 7:04:26pm
Fernando Giron
That doesn't exist
Sep 06, 2021 7:04:17pm
Fernando Giron
But yes my girl. The confisialidas contracts have no validity in the Country
Sep 06, 2021 7:04:14pm
Fernando Giron
Yes. At the end he ended up leaving
Sep 06, 2021 7:03:51pm
Vanessa Treminio de Parada
Yes it's pretty difficult when you talk and no one does anything
Sep 06, 2021 7:03:39pm
Fernando Giron
Yes. Yes I didn't want dinda
Sep 06, 2021 7:02:57pm
Vanessa Treminio de Parada
I know she had already escalated it with Ethics
Sep 06, 2021 7:02:45pm
Vanessa Treminio de Parada
Ahhhh yes it screwed up Blanca a lot
Sep 06, 2021 7:02:35pm
Vanessa Treminio de Parada
Damn that's heavy
Sep 06, 2021 7:02:18pm

Fernando Giron
The whiteness. Blanca light of the darkness I told her
Sep 06, 2021 7:02:15pm
Fernando Giron
And if it's that asshole he's going through the citizenship process. If you're going to do something it should be before that
Sep 06, 2021 7:01:56pm
Fernando Giron
Because he stupidly trusted that Crowley was going to resolve it
Sep 06, 2021 7:01:40pm
Fernando Giron
That I had everything ready for him to do the
Criminal trial and he didn't let me
Sep 06, 2021 7:01:29pm
Fernando Giron
It went to this asshole Emilio blanco
Sep 06, 2021 7:01:03pm
Fernando Giron
Don't worry he's no longer there
Sep 06, 2021 7:00:41pm
Vanessa Treminio de Parada
Who was your friend? Is she still there?
Sep 06, 2021 6:15:14pm
Vanessa Treminio de Parada
I was there up until this year
Sep 06, 2021 6:02:24pm
Vanessa Treminio de Parada
I think he left in 2017
Sep 06, 2021 6:02:16pm
Vanessa Treminio de Parada
It doesn't surprise me the truth that he harassed your friend, that guy had complaints in hr until saying no more [frown emoji]
Sep 06, 2021 6:00:51pm
Vanessa Treminio de Parada
But at Crowley there were more people like him and still there are
Sep 06, 2021 6:00:06pm
Vanessa Treminio de Parada
Look I'm in a legal situation I can't confirm or deny if it was him
Sep 06, 2021 5:59:51pm
Vanessa Treminio de Parada
Hi buddy, how are you?
Sep 06, 2021 5:59:27pm
Fernando Giron
not here, there
Sep 06, 2021 5:51:59pm
Fernando Giron
I know where that guy lives
Sep 06, 2021 5:51:50pm
Fernando Giron
and look, if he had put him in his place there wouldn't have been another victim
Sep 06, 2021 5:51:43pm
Fernando Giron
don't tell me it was the same son of a bitch Emilio because I was going to bring him to the police and I already had the lawsuit ready and chora who I was bothering didn't let me do it anymore
Sep 06, 2021 5:51:22pm
Fernando Giron
what assholes
Sep 06, 2021 5:50:49pm
Fernando Giron
VANEEEE omg
Sep 06, 2021 5:50:40pm