UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VANESSA TREMINIO,

    Plaintiff,                        CASE NO.: 3:22-cv-174-CRK-PDB

vs.

CROWLEY MARITIME
CORPORATION and
JUAN EMILIO BLANCO,

    Defendants.
_____/

**JOINT NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09(a), Local Rules, United States District Court, Middle District of Florida, Plaintiff, Vanessa Treminio, and Defendants, Crowley Maritime Corporation and Juan Emilio Blanco, notify this Court that the parties have resolved the matter. A joint stipulation of dismissal with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure, will be filed with the Court in due course.

Dated this 29th day of March, 2024.

| | |
|---|---|
| */s/ Adria G. Notari* | */s/ Spencer T. Kuvin* |
| ADRIA G. NOTARI | SPENCER T. KUVIN |
| Florida Bar No.: 87272 | Florida Bar No.; 089737 |
| Notari Law, P.A. | Skuvin@800goldlaw.com |
| 1820 SW 14th Court | PAUL McBRIDE |
| Fort Lauderdale, Florida 33312 | Florida Bar No.: 1003056 |
| Tel: (954) 257-9028 | Pmcbride@800goldlaw.com |
| Fax: (954) 231-1128 | Law Offices of Craig Goldenfarb, P.A. |
| anotari@NotariLaw.com | 1641 Worthington Road, Suite 300 |
| *Attorney for Plaintiff, Vanessa Treminio* | West Palm Beach, FL 33409 |
| | Phone: (561) 697-4440 |
| | *Attorneys for Plaintiff, Vanessa Treminio* |

| | |
|---|---|
| /s/ *Kelly DeGance* | /s/ *Kelsey N. Ortiz* |
| KELLY DEGANCE | KRISTYNE E. KENNEDY |
| Florida Bar No.: 0606022 | Florida Bar No.: 194700 |
| kelly.degance@adblegal.com | KELSEY N. ORTIZ |
| SAMANTHA GIUDICI BERDECIA | Florida Bar No.: 1010647 |
| Florida Bar No.: 0058667 | COLE, SCOTT & KISSANE, P.A. |
| samantha.giudici@adblegal.com | Tower Place, Suite 400 |
| Alexander Degance Barnett, P.A. | 1900 Summit Tower Blvd. |
| 1500 Riverside Avenue | Orlando, FL 32810 |
| Jacksonville, FL 32204 | Kristyne.Kenendy@csklegal.com |
| (904) 345-3277 Telephone | Kelsey.Ortiz@csklegal.com |
| (904) 345-3294 Facsimile | Celia.Cates@csklegal.com |
| *Attorneys for Defendant, Crowley* | Tel.: (321) 972-0028 |
| *Maritime Corporation* | Fax: (321) 972-0099 |
| | *Attorneys for Defendant, Juan Blanco* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to counsel of record: Adria G. Notari, Notari Law, P.A., 1820 SW 14th Court, Fort Lauderdale, Florida 33312 (anotari@NotariLaw.com); Spencer T. Kuvin and Paul William McBride, Law Offices of Craig Goldenfarb, P.A., 1641 Worthington Road, Suite 300, West Palm Beach, FL 33409 (treminiovanessa11940712@goldlaw.filevineapp.com) (skuvin@800goldlaw.com) (snewall@800goldlaw.com) (PMcBride@800goldlaw.com); C. Michael Williams, Law Office of C. Michael Williams, P.A.; 1710 Shadowood Ln, Ste. 220, Jacksonville, Florida 32207 (seemichaelwilliams@gmail.com); Kristyne Kennedy and Kelsey Ortiz, Esq, Cole, Scott & Kissane, P.A, Tower Place, Suite 400, 1900 Summit Tower

2

Boulevard, Orlando, Florida 32810 (Kelsey.Ortiz@csklegal.com) (Celia.Cates@csklegal.com) (Kristyne.Kennedy@csklegal.com).

                                                */s/ Kelly DeGance*
                                                ATTORNEY