# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| VANESTA TREMINIO,<br><br>　　Plaintiff,<br><br>v.<br><br>CROWLEY MARITIME CORPORATION, and JUAN EMILIO BLANCO,<br><br>　　Defendants. | 3:22-cv-00174-CRK-PDB |

## ORDER

This cause is before the Court on the Joint Stipulation of Dismissal With Prejudice, <u>see</u> ECF No. 174 ("Stipulation"), filed on April 4, 2025. In the Stipulation, the parties request dismissal of this matter with prejudice. <u>See</u> Stipulation at 1.

Therefore, it is

**ORDERED:**

1. This case is dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs.

**ORDER - 1**

3:22-cv-00174-CRK-PDB

      3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in New York, New York on April 21, 2025.

                                              /s/ Claire R. Kelly
                                              Claire R. Kelly, Judge[*]

Dated:      April 21, 2025
              New York, New York

---

[*] Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

**ORDER - 2**